■ The People of the State of New York, Respondent, v Phillip James, Appellant. [597 NYS2d 300] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered September 27, 1991, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to a term of 5 to 10 years, unanimously affirmed.

The show-up identification, obtained 20 minutes after the incident and within 5 or 6 blocks of the subway site of the crime, was not unduly suggestive *(People v Love,* 57 NY2d 1023; *People v Muhammad,* 159 AD2d 266, *lv denied* 76 NY2d 740). Show-up identifications, proximate in time and place to the crime, are deemed trustworthy because the memory of the identifying witness is fresh *(People v Logan,* 25 NY2d 184, 194, *cert denied* 396 US 1020). Concur—Rosenberger, J. P., Ellerin, Asch and Rubin, JJ.